IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
JAMES M. PARSA, BAR NO. 7127.

No. 71158

**FILED**

NOV 10 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER IMPOSING RECIPROCAL DISCIPLINE
AND DISBARRING ATTORNEY*

This is a petition for reciprocal discipline of attorney James Parsa pursuant to SCR 114. Parsa has been disbarred from the practice of law in California. Parsa is currently suspended from the practice of law in Nevada as a result of two misdemeanor criminal convictions.

After his criminal convictions were disclosed to the California State Bar and he was informed that he would be placed on an interim suspension, Parsa hastily closed his law practice. As a result of his failure to properly close his law practice, the California State Bar Court Hearing Department found that he had violated numerous ethical rules in relation to his failure to return $120,464 in unearned fees, failure to properly withdraw from employment, failure to perform with competence, and commitment of acts of moral turpitude by accepting clients after the date on which he was informed he would be suspended. The violations related to 43 clients who had retained him in 2009, for which his law practice completed little to no legal work on their behalf and failed to refund them the unearned fees. Parsa had accepted 8 of those clients after he had been

notified of his impending suspension, when he knew he would be unable to provide the promised legal work. Further, Parsa failed to notify 18 of those clients that his legal practice had closed.

The California Hearing Department found 4 violations of California Rule of Professional Conduct 3-110(A), similar to RPC 1.1 (competence), related to Parsa's failure to competently provide representation to his clients; 42 violations of California Rule of Professional Conduct 3-700(A)(2), similar to RPC 1.16(d) (terminating representation), related to his failure to properly terminate his representation; 43 violations of California Rule of Professional Conduct 3-700(D)(2), similar to RPC 1.16(d) (terminating representation), related to his failure to return unearned fees; and 8 violations of Business and Professions Code 6106, similar to RPC 8.4(c) (misconduct: engaging in conduct involving dishonesty, fraud, deceit or misrepresentation), related to his dishonest acts of accepting new cases on the eve of his suspension. "[A] final adjudication in another jurisdiction that an attorney has engaged in misconduct conclusively establishes the misconduct for the purposes of a disciplinary proceeding in this state." SCR 114(5). The California Supreme Court ordered Parsa disbarred from the practice of law.

SCR 114(4) provides that this court shall impose identical reciprocal discipline unless the attorney demonstrates, or this court finds, that one of four exceptions applies. Parsa did not oppose the petition for reciprocal discipline. We conclude that none of the four exceptions is present in this case. Thus, we grant the petition for reciprocal discipline. Accordingly, attorney James M. Parsa is hereby disbarred from the

practice of law in this state. Parsa and the State Bar shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

cc: C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
James M. Parsa
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, United States Supreme Court